**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARL CHESTER, | ) Case No. EDCV 18-0093-JPR |
| Petitioner, | ) |
| v. | ) **J U D G M E N T** |
| MICHAEL CARR, Warden, | ) |
| Respondent. | ) |

Pursuant to the Memorandum Decision and Order Granting Motion to Supplement, Granting Motion to Dismiss, and Dismissing Action,

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: July 10, 2018

_____
JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE